IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 1 6 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ABD AL-HADI MAHMOUD FARAJ,  )
                            )
        Petitioner,         )
                            )
        v.                  )     Civil Action No. 05-1490 (PLF)
                            )
BARACK OBAMA, *et al.*,     )
                            )
        Respondents.        )
                            )

**[PROPOSED] ORDER**

Upon consideration of the Joint Status Report submitted by the Parties, it is herby:

ORDERED that Respondents shall file their Motion for Judgment on the Record by October 2, 2009,

ORDERED that Petitioner shall file his Motion for Judgment on the Record and/or Opposition to Respondents' Motion by October 27, 2009,

ORDERED that Respondents shall file their Reply to the Motion for Judgment on the Record and/or Opposition to Petitioner's Motion by November 12, 2009,

ORDERED that Respondents shall complete their production of responsive Task Force materials by September 28, 2009,

ORDERED that Respondents shall file a status report concerning the materials at issue in their September 8, 2009 classified status report by October 8, 2009.

SO ORDERED.

Date: 9/15/09

HON. PAUL L. FRIEDMAN
United States District Judge

-1-